# MEMORANDUM

**DATE:** September 1, 2005

**TO:** Deputy Clerk
Miscellaneous Business Docket

**FROM:** Tricia L. Desingco
Financial Litigation Unit
U.S. Attorney's Office

m.P.

**RE:** <u>U.S. v. PATTI A. RICHARD</u>

    Attached is a certified copy of the above Judgment that was entered in Essex County Superior Court.

    Please register the Judgment in this district; issue an MBD Number; annotate the MBD number on the bottom of this form; and return this form to my attention. The judgment debtor presently resides at 15 Mayflower Lane, Haverhill, MA 01832.

    Please note that pursuant to 28 U.S.C. § 1963, the United States no longer has to file a CIV 101 with its request to register a judgment; we just need to file a certified and attested copy of the judgment.

    If you have any questions, please contact me at (617) 748-3308. Thank you for your attention to this matter.

Attachment

**MBD No.** 05-mc-10326

**Dated:** 9/2/05

Commonwealth of Massachusetts
Essex County Superior Court
Superior Court House
43 Appleton Way
Lawrence, MA 01840
(978) 687-7463

CIVIL DOCKET# **ESCV2002-02451**

Sallie Mae Servicing LP
vs.
Patti A Richard

### CERTIFICATE OF LAST ENTRY/JUDGMENT

In the above entitled action brought by Complaint filed on 12/23/2002 the following entries have been made on the docket as of **April 13, 2004 (2:51pm))**:

On 02/11/2004    Agreement for Judgment for Sallie Mae Servicing LP in amt of $68,275.78

(seal)

Dated at Lawrence, Massachusetts this 13th day of April, 2004.

Thomas H. Driscoll Jr.,
Clerk of the Courts

By: *[signature]*
Clerk

cvdcerjud_1.wpd 452131 agrjud sullkell

**SallieMae** Servicing

PO BOX 6228
INDIANAPOLIS IN 46206

(800) 251-4127

CLK OF SUP C T ESSEX SUPERIOR
COURT/ 34 FEDERAL STREET
ESSEX           MA   01970

Dear CLK OF SUP C T ESSEX SUPERIOR,                     06/08/04

### ASSIGNMENT OF JUDGMENT

I, DIANE E KLINGES, representing the Student Loan Marketing Association/Loan Servicing Center/Pennsylvania (Sallie Mae) of 220 Lasley Avenue, City of Wilkes-Barre, County of Luzerne, State of Pennsylvania, in consideration of the sum of $68,275.78, receipt of which is acknowledged, paid to me by the United States of America, the assignee, hereby assign the judgment, recovered by Sallie Mae on 04/13/04, docketed in ESSEX COUN, Case No. ESCV2002-02451, against PATTI A RICHARD, for $68,275.78 (amount of judgment, indicating treatment of interest, court costs, and attorney's fees, if appropriate).

Assign or authorizes the United States of America to ask, demand, and receive, and to sue out executions and take all lawful ways for recovery of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the United States of America from enforcing this judgment.

The Servicing Center/Pennsylvania address is: P.O. Box 9400, Wilkes-Barre, PA 18733-9400. Phone: (570) 821-3600.

The DHHS address is: Department of Health and Human Services, Debt Management Branch, 5600 Fishers Lane, Room 2-B-60, Rockville, MD 20857, (301) 443-1782.

I have executed this assignment at Loan Servicing Center/Pennsylvania the 8TH of JUNE, 2004.

_Diane E Klinges_
(Signature)

Sworn before me this __9__ day of __June__, 20__04__.

_Diane E Klinges_ Affiant __✓__ is known to me personally
___ provided valid identification
Type of identification provided:

My commission expires __5/5/07__. _Amanda J. Picketts_

NOTARIAL SEAL
Amanda J. Picketts
Wilkes Barre, County of Luzerne
My Commission Expires 5/5/07

PHONE (800) 251-4127   •   FAX (800) 848-1949   •   TDD/TTY (888) 833-7562   •   24 HRS/7 DAYS

56185598

L100   LPDEK1   4880