UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|     Plaintiff,    ) | |
|          ) | |
|     v.    ) | CIVIL NO. 05-MC-10326 |
|          ) | |
| PATTI A. RICHARD,    ) | |
|     Defendant.    ) | |

## SATISFACTION OF JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the Judgment as to the defendant, Patti A. Richard, by payment in full.

                                                Respectfully submitted,

                                                UNITED STATES OF AMERICA
                                                By its attorneys

                                                MICHAEL. J. SULLIVAN
                                                United States Attorney

                                     By:

                                                /s/  Christopher R. Donato
                                                CHRISTOPHER R. DONATO
                                                Assistant U.S. Attorney
                                                1 Courthouse Way, Suite 9200
                                                Boston, MA 02210
                                                (617) 748-3303

Dated: September 20, 2007

## CERTIFICATE OF SERVICE

Suffolk, s.s.                                                                                                                                    Boston, MA

    I hereby certify that on September 20, 2007, this document was filed through the ECF system and sent to Patti A. Richard located in Haverhill, MA**,** electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

                                                                /s/ Christopher R. Donato
                                                                 CHRISTOPHER R. DONATO
                                                                 Assistant U.S. Attorney